■ FRANCIS A. CAMPANO et al., Respondents, v MARY A. SCHERER, Also Known as MARY SCHWARZ, Appellant, et al., Defendant. Motion and cross motion for amendment of decision and order granted, without costs, to the extent that the decretal paragraph of the decision dated July 2, 1975 (49 AD2d 642) and the order entered thereon on July 11, 1975 are hereby amended to read as follows: "Judgment modified, on the law and the facts, to the extent that plaintiffs are adjudged to be the sole owners in fee simple absolute of all the premises described in their deed, excepting the portion thereof which is actually encroached upon by defendants' dwelling and to the extent that defendants are adjudged to be the sole owners in fee of that portion of plaintiffs' property which is actually encroached upon by defendants' dwelling, and, as so modified, affirmed, without costs." Any motions for clarification of the judgment below with respect to access to defendants' dwelling should be directed to the Trial Term Justice. Greenblott, J. P., Sweeney, Kane, Larkin and Reynolds, JJ., concur.

■ MORTON CHERLIN, Appellant, v JOHN J. LYNCH, as Receiver for the Benefit of New York Business Development Corp., et al., Respondents.— Motion for amendment of decision dated December 11, 1975 (50 AD2d 982) granted, without costs, and final paragraph of decision amended to read as follows: "Orders and judgment reversed, on the law, without costs; motions denied, complaint and notice of pendency reinstated." Koreman, P. J., Sweeney, Kane, Main and Larkin, JJ., concur.

## (February 6, 1976)

■ DONALD ZIMMERMAN, Appellant, v ARCHIBALD R. MURRAY et al., Respondents.—Motion by appellant granted, without costs, to the extent that the decision dated November 20, 1975 is hereby amended by deleting the last sentence of the sixth paragraph thereof and by substituting for the decretal paragraph the following: "Order reversed, on the law, without costs, and judgment directed to be entered declaring that defendants have not denied plaintiff equal protection of the laws in apportioning funds for chamber personnel in accordance with chapter 603 of the Laws of 1973." Order of this court entered November 25, 1975 amended accordingly. Motion, in all other respects, denied, without costs. Greenblott, J. P., Sweeney, Kane, Larkin and Reynolds, JJ., concur.